1  ALEJANDRO P. GUTIERREZ, SBN 107688
2  HATHAWAY, PERRETT, WEBSTER, POWERS,
   CHRISMAN & GUTIERREZ, APC
3  5450 Telegraph Road, Suite 200
   Ventura, CA 93006-3577
4  telephone: (805) 644-7111
5  facsimile: (805) 644-8296
   e-mail: agutierrez@hathawaylawfirm.com
6
7  DANIEL J. PALAY, SBN 159348
   MICHAEL A. STRAUSS, SBN 246718
8  PALAY LAW FIRM, APC
   121 North Fir Street, Suite F
9  Ventura, CA 93001
10 telephone: (805) 641-6600
   facsimile: (805) 641-6607
11 e-mail: djp@palaylaw.com

12 Attorneys for Plaintiffs
13
14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16
17 DON AGUILAR, an individual; DAVID )   CASE NO. 3:13-CV-00563-RS
   ALEMAN, an individual; GEORGE AL )
18 TOBELL, an individual; DENNIS )       [PROPOSED] ORDER TO
   ASUNTO, an individual; MAX )          ALLOW PLAINTIFFS TO FILE
19 BALLANTINE, an individual; STERLING ) FIRST AMENDED COMPLAINT
   CALDER, an individual; BRIAN CALLE, ) WITHOUT NOTICED MOTION
20 an individual; MARIO CERVANTEZ, an )
21 individual; CURTIS CHANCELLOR, an )
   individual; GABRIEL COLLINS, an )
22 individual; DELION CUMMINGS, an )
23 individual; JERRY DAVIS, an individual; )
   KIRK DICKINSON, an individual; )
24 GREGG DOBROW, an individual; BRIAN )
   DRUCKER, an individual; DAVID )
25 ELDRIDGE, an individual; ROBERT )
26 ESTERLY, an individual; RICHARD )
   FAIRCHILD, an individual; ROBERT )
27 FELIX, an individual; JULIE FORTNER, )
   an individual; THOMAS FOWLER, an )
28 individual; JEFFREY FULLER, an )
   individual; DAVID GARELICK, an )

[Proposed] Order to Allow Plaintiffs to File FAC

| | |
|---|---|
| 1 | individual; REGINALD HAWKINS, an ) |
| 2 | individual; DOUGLAS HEFFERNAN, an ) individual; ROBERT HOPPE, an ) |
| 3 | individual; KATHLEEN JANISCH, an ) individual; SUSAN JOHNSON, an ) |
| 4 | individual; CHRISTINA LAMB ) |
| 5 | (PAYTON), an individual; THERON LEE, ) an individual: GARY LEVINE an ) |
| 6 | individual; WILLIAM LOWE, an ) |
| 7 | individual; DAN MANNION, an ) individual; JASON MARTIN, an ) |
| 8 | individual; FELIX MONTES, an ) individual; SAM MORA, an individual; ) |
| 9 | ERIC OFTEDAL, an individual; MARK ) |
| 10 | OSBORN, an individual; DAVID ) OVADIA, an individual; RYAN PEREZ, ) |
| 11 | an individual; DAVID RAINS, an ) individual; JAMES RICHMOND, an ) |
| 12 | individual; FLORENCE RODRIGUEZ, an ) |
| 13 | individual; JANET SALEH, an individual; ) JERMON SCOTT, an individual; ROBERT ) |
| 14 | SEVERNS, an individual; JUSTIN ) |
| 15 | SHORES, an individual; GARRETT ) SMITH, an individual; JAMES STEAD, an ) |
| 16 | individual; WILLIAM TELLOUS, an ) |
| 17 | individual; MICHELLE TOMPKINS, an ) individual; GERALD TURNER, an ) |
| 18 | individual; ASTRID UNRINE, an ) individual; LYNN WOODFORD, an ) |
| 19 | individual;, ) |
| 20 | Plaintiffs, ) |
| 21 | ) |
| 22 | vs. ) |
| 23 | ZEP INC., a Delaware corporation; ) ACUITY SPECIALTY PRODUCTS, INC., ) |
| 24 | and DOES 1 through 100, inclusive, ) |
| 25 | Defendants. ) |
| 26 | ) |
| 27 | |
| 28 | 1 |

[~~Proposed~~] Order to Allow Plaintiffs to File FAC

Plaintiffs and Defendants Acuity Specialty Products, Inc. and Zep Inc., by and through their attorneys of record, have stipulated that Plaintiffs may file their First Amended Complaint adding Alan Jay as a party plaintiff in this action without filing a motion for leave to amend with the Court.

IT IS SO ORDERED.

Dated: 3/14/13

_____
JUDGE OF U.S. DISTRICT COURT