1  ALEJANDRO P. GUTIERREZ, SBN 107688
   HATHAWAY, PERRETT, WEBSTER, POWERS,
2  CHRISMAN & GUTIERREZ, APC
   5450 Telegraph Road, Suite 200
3  Ventura, CA 93006-3577
   telephone: (805) 644-7111
4  facsimile: (805) 644-8296
5  e-mail: agutierrez@hathawaylawfirm.com

6  DANIEL J. PALAY, SBN 159348
   MICHAEL A. STRAUSS, SBN 246718
7  PALAY LAW FIRM, APC
8  121 North Fir Street, Suite F
   Ventura, CA 93001
9  telephone: (805) 641-6600
   facsimile: (805) 641-6607
10 e-mail: djp@palaylaw.com

11 Attorneys for Plaintiffs

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14                   SAN FRANCISCO DIVISION

15 
16 DON AGUILAR, an individual; DAVID          CASE NO. 3:13-CV-00563 RS
   ALEMAN, an individual; GEORGE
17 ALTOBELL, an individual; DENNIS
   ASUNTO, an individual; MAX
18 BALLANTINE, an individual; STERLING
   CALDER, an individual; BRIAN CALLE,
19 an individual; MARIO CERVANTEZ, an
   individual; CURTIS CHANCELLOR, an
20 individual; GABRIEL COLLINS, an            [PROPOSED] ORDER OF VOLUNTARY
   individual; DELION CUMMINGS, an           DISMISSAL WITH PREJUDICE AS TO ALL
21 individual; JERRY DAVIS, an individual;    CLAIMS OF PLAINTIFF FELIX MONTES
   KIRK DICKINSON, an individual;
22 GREGG DOBROW, an individual; BRIAN
   DRUCKER, an individual; DAVID
23 ELDRIDGE, an individual; ROBERT
   ESTERLY, an individual; RICHARD
24 FAIRCHILD, an individual; ROBERT
   FELIX, an individual; JULIE FORTNER,
25 an individual; THOMAS FOWLER, an
   individual; JEFFREY FULLER, an
26 individual; DAVID GARELICK, an
   individual; REGINALD HAWKINS, an
27 individual; DOUGLAS HEFFERNAN, an

| | |
|---|---|
| 1 | individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; ALAN JAY, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an individual; GARY LEVINE, an individual; WILLIAM LOWE, an individual; DAN MANNION, an individual; JASON MARTIN, an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual; MICHELLE TOMPKINS, an individual; GERALD TURNER, an individual; ASTRID UNRINE, an individual; LYNN WOODFORD, an individual, |

Plaintiffs,

v.

ZEP INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,

Defendants.

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF FELIX MONTES

AND NOW, this 2nd day of May, 2013, this cause came before the Court upon the parties' Stipulation of Voluntary Dismissal with Prejudice as to All Claims of Plaintiff Felix Montes, and having reviewed the Stipulation, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), Plaintiff Felix Montes' claims in the above-captioned case are hereby dismissed with prejudice.

IT IS SO ORDERED, this  2nd  day of   May      , 2013.

_____
Judge Richard G. Seeborg
United States District Court
Northern District of California, San Francisco Division