ALEJANDRO P. GUTIERREZ, SBN 107688
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ, APC
5450 Telegraph Road, Suite 200
Ventura, CA 93006-3577
telephone: (805) 644-7111
facsimile: (805) 644-8296
e-mail: agutierrez@hathawaylawfirm.com

DANIEL J. PALAY, SBN 159348
MICHAEL A. STRAUSS, SBN 246718
PALA Y LAW FIRM, APC
121 North Fir Street, Suite F
Ventura, CA 93 00 1
telephone: (805) 641-6600
facsimile: (805) 641-6607
e-mail: djp@palaylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DON AGUILAR, an individual; DAVID ALEMAN, an individual; GEORGE ALTOBELL, an individual; DENNIS ASUNTO, an individual; MAX BALLANTINE, an individual; STERLING CALDER, an individual; BRIAN CALLE, an individual; MARIO CERVANTEZ, an individual; CURTIS CHANCELLOR, an individual; GABRIEL COLLINS, an individual; DELION CUMMINGS, an individual; JERRY DAVIS, an individual; KIRK DICKINSON, an individual; GREGG DOBROW, an individual; BRIAN DRUCKER, an individual; DAVID ELDRIDGE, an individual; ROBERT ESTERLY, an individual; RICHARD FAIRCHILD, an individual; ROBERT FELIX, an individual; JULIE FORTNER, an individual; THOMAS FOWLER, an individual; JEFFREY FULLER, an individual; DAVID GARELICK, an individual; REGINALD HAWKINS, an individual; DOUGLAS HEFFERNAN, an | CASE NO. 3:13-CV-00563 RS<br><br>[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF RYAN PEREZ |

individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; ALAN JAY, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an individual; GARY LEVINE, an individual; WILLIAM LOWE, an individual; DAN MANNION, an individual; JASON MARTIN, an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual; MICHELLE TOMPKINS, an individual; GERALD TURNER, an individual; ASTRID UNRINE, an individual; LYNN WOODFORD, an individual,

        Plaintiffs,

        v.

ZEP INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,

        Defendants.

## [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF RYAN PEREZ

AND NOW, this 10th day of May, 2013, this cause came before the Court upon the parties' Stipulation of Voluntary Dismissal with Prejudice as to All Claims of Plaintiff Ryan Perez, and having reviewed the Stipulation, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), Plaintiff Ryan Perez's claims in the above-captioned case are hereby dismissed with prejudice.

IT IS SO ORDERED, this  10th  day of   May        , 2013.

_____
Judge Richard G. Seeborg
United States District Court
Northern District of California, San Francisco Division

---

[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL
CLAIMS OF PLAINTIFF RYAN PEREZ
CASE NO. 3:13-CV-00563 RS
PAGE 3