1  ALEJANDRO P. GUTIERREZ, SBN 107688
   HATHAWAY, PERRETT, WEBSTER, POWERS,
2  CHRISMAN & GUTIERREZ, APC
   5450 Telegraph Road, Suite 200
3  Ventura, CA 93006-3577
   telephone: (805) 644-7111
4  facsimile: (805) 644-8296
5  e-mail:  agutierrez@hathawaylawfirm.com

6  DANIEL J. PALAY, SBN 159348
   MICHAEL A. STRAUSS, SBN 246718
7  PALA Y LAW FIRM, APC
8  121 North Fir Street, Suite F
   Ventura, CA 93 00 1
9  telephone: (805) 641-6600
   facsimile: (805) 641-6607
10 e-mail: djp@palaylaw.com

11 Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14              **SAN FRANCISCO DIVISION**

15

16 | DON AGUILAR, an individual; DAVID ALEMAN, an individual; GEORGE ALTOBELL, an individual; DENNIS | CASE NO. 3:13-CV-00563 RS |

17 ASUNTO, an individual; MAX
   BALLANTINE, an individual; STERLING
18 CALDER, an individual; BRIAN CALLE,
   an individual; MARIO CERVANTEZ, an
19 individual; CURTIS CHANCELLOR, an
   individual; GABRIEL COLLINS, an
20 individual; DELION CUMMINGS, an          ~~[PROPOSED]~~ **ORDER OF VOLUNTARY**
   individual; JERRY DAVIS, an individual;  **DISMISSAL WITH PREJUDICE AS TO ALL**
21 KIRK DICKINSON, an individual;           **CLAIMS OF PLAINTIFF FLORENCE**
   GREGG DOBROW, an individual; BRIAN       **RODRIGUEZ**
22 DRUCKER, an individual; DAVID
   ELDRIDGE, an individual; ROBERT
23 ESTERLY, an individual; RICHARD
   FAIRCHILD, an individual; ROBERT
24 FELIX, an individual; JULIE FORTNER,
   an individual; THOMAS FOWLER, an
25 individual; JEFFREY FULLER, an
   individual; DAVID GARELICK, an
26 individual; REGINALD HAWKINS, an
   individual; DOUGLAS HEFFERNAN, an

27

individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; ALAN JAY, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an individual; GARY LEVINE, an individual; WILLIAM LOWE, an individual; DAN MANNION, an individual; JASON MARTIN, an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual; MICHELLE TOMPKINS, an individual; GERALD TURNER, an individual; ASTRID UNRINE, an individual; LYNN WOODFORD, an individual,

Plaintiffs,

v.

ZEP INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,

Defendants.

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF FLORENCE RODRIGUEZ**

AND NOW, this 15th day of __May__, 2013, this cause came before the Court upon the parties' Stipulation of Voluntary Dismissal with Prejudice as to All Claims of Plaintiff Florence Rodriguez, and having reviewed the Stipulation, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), Plaintiff Florence Rodriguez's claims in the above-captioned case are hereby dismissed with prejudice.

IT IS SO ORDERED, this __15th__ day of __May_____, 2013.

_____
Judge Richard G. Seeborg
United States District Court
Northern District of California, San Francisco Division