Kurtis A. Powell (admitted *pro hac vice*)
kpowell@hunton.com
Emily Burkhardt Vicente (State Bar No. 263990)
ebvicente@hunton.com
Y. Anna Suh (State Bar No. 228632)
asuh@hunton.com
Susan S. Joo (State Bar No. 260369)
sjoo@hunton.com
HUNTON & WILLIAMS LLP
575 Market Street, Suite 3700
San Francisco, California  94105
Telephone:  (415) 975-3700
Facsimile:  (415) 975-3701

Attorneys for Defendants
ACUITY SPECIALTY PRODUCTS, INC.;
ZEP INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DON AGUILAR, an individual; DAVID ALEMAN, an individual; GEORGE ALTOBELL, an individual; DENNIS ASUNTO, an individual; MAX BALLANTINE, an individual; STERLING CALDER, an individual; BRIAN CALLE, an individual; MARIO CERVANTEZ, an individual; CURTIS CHANCELLOR, an individual; GABRIEL COLLINS, an individual; DELION CUMMINGS, an individual; JERRY DAVIS, an individual; KIRK DICKINSON, an individual; GREGG DOBROW, an individual; BRIAN DRUCKER, an individual; DAVID ELDRIDGE, an individual; ROBERT ESTERLEY, an individual; RICHARD FAIRCHILD, an individual; ROBERT FELIX, an individual; JULIE FORTNER, an individual; THOMAS FOWLER, an individual; JEFFREY FULLER, an individual; DAVID GARELICK, an individual; REGINALD HAWKINS, an individual; DOUGLAS HEFFERNAN, an individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an individual; GARY LEVINE, an individual; | Case No. 3:13-CV-00563- WHO<br><br>*Assigned to Hon. William H. Orrick*<br><br>**STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT** |

WILLIAM LOWE, an individual; DAN MANNION, an individual; JASON MARTIN, an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual; MICHELLE TOMPKINS, an individual; GERALD TURNER, an individual; ASTRID UNRINE, an individual; LYNN WOODFORD, an individual,

   Plaintiffs,

 v.

ZEP INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,

   Defendants.

   Plaintiffs Don Aguilar, *et al.* and Defendants Acuity Specialty Products, Inc. and Zep Inc. hereby submit this Stipulation and [Proposed] Order to request a short extension to submit their joint case management conference statement, from July 12, 2013 to **July 22, 2013**:

   1. The Parties are aware that the Court issued an Order on June 27, 2013 reassigning the above referenced matter from the Honorable Richard G. Seeborg to the Honorable William H. Orrick for further proceedings and that, pursuant to that Order, the parties had fifteen days to submit a new joint case management statement.

   2. As lead trial counsel for Defendants (Kurtis A. Powell) has been out of the country, the parties have postponed their meet and confer discussions on discovery and other issues until his

return, which would include discussions relevant to the parties' preparation of their joint case management conference statement.

3. No Case Management Conference has yet been set in this matter since its judge reassignment.

4. Accordingly, the Parties jointly request a short extension to prepare and submit their joint case management statement.

SO STIPULATED.

DATED: July __, 2012        HATHAWAY, PERRETT, WEBSTER
                              POWERS, CHRISMAN & GUTIERREZ

                            PALAY LAW FIRM


                            By: _____
                                Alejandro P. Gutierrez
                                Daniel J. Palay
                                Attorneys for Plaintiffs


DATED: July __, 2012        HUNTON & WILLIAMS LLP


                            By: _____
                                Y. Anna Suh
                                Attorneys for Defendants


IT IS SO ORDERED. The deadline for the Parties to submit their joint case management conference statement has been extended to **July 22, 2013.**


DATED: July 12, 2013        _____
                            Judge William H. Orrick
                            Unites States District Court
                            Northern District of California
                            San Francisco Division