# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DON AGUILAR, an individual; DAVID ALEMAN, an individual; GEORGE ALTOBELL, an individual; DENNIS ASUNTO, an individual; MAX BALLANTINE, an individual; STERLING CALDER, an individual; BRIAN CALLE, an individual; MARIO CERVANTEZ, an individual; CURTIS CHANCELLOR, an individual; GABRIEL COLLINS, an individual; DELION CUMMINGS, an individual; JERRY DAVIS, an individual; KIRK DICKINSON, an individual; GREGG DOBROW, an individual; BRIAN DRUCKER, an individual; DAVID ELDRIDGE, an individual; ROBERT ESTERLY, an individual; RICHARD FAIRCHILD, an individual; ROBERT FELIX, an individual; JULIE FORTNER, an individual; THOMAS FOWLER, an individual; JEFFREY FULLER, an individual; DAVID GARELICK, an individual; REGINALD HAWKINS, an individual; DOUGLAS HEFFERNAN, an individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; ALAN JAY, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an individual; GARY LEVINE, an individual; WILLIAM LOWE, an individual; DAN MANNION, an individual; JASON MARTIN, an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual; MICHELLE TOMPKINS, an | CASE NO. 3:13-CV-00563 WHO<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF GARRETT SMITH** |

individual; GERALD TURNER, an individual; ASTRID UNRINE, an individual; LYNN WOODFORD, an individual,

        Plaintiffs,

  v.

ZEP INC., a Delaware corporation; ACUITY SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,

        Defendants.

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF GARRETT SMITH

Having reviewed the parties' Stipulation of Voluntary Dismissal with Prejudice as to All Claims of Plaintiff Garret Smith, and with good cause appearing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Garret Smith's claims in the above-captioned case are dismissed with prejudice.

IT IS SO ORDERED, this 29th day of July, 2013.

_____
United States District Court