**Hunton & Williams LLP**
**575 Market Street, Suite 3700**
**San Francisco, California 94105**

1

Kurtis A. Powell (admitted *pro hac vice*)
kpowell@hunton.com

2

Y. Anna Suh (State Bar No. 228632)
asuh@hunton.com

3

HUNTON & WILLIAMS LLP
575 Market Street, Suite 3700

4

San Francisco, California 94105
Telephone: (415) 975-3700

5

Facsimile: (415) 975-3701

6

Attorneys for Defendants
ACUITY SPECIALTY PRODUCTS, INC.;

7

ZEP INC.

8

9

# UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

### SAN FRANCISCO DIVISION

12

DON AGUILAR, an individual; DAVID
ALEMAN, an individual; GEORGE

13

ALTOBELL, an individual; DENNIS
ASUNTO, an individual; MAX

14

BALLANTINE, an individual; STERLING
CALDER, an individual; BRIAN CALLE, an

15

individual; MARIO CERVANTEZ, an
individual; CURTIS CHANCELLOR, an

16

individual; GABRIEL COLLINS, an
individual; DELION CUMMINGS, an

17

individual; JERRY DAVIS, an individual;
KIRK DICKINSON, an individual; GREGG

18

DOBROW, an individual; BRIAN
DRUCKER, an individual; DAVID

19

ELDRIDGE, an individual; ROBERT
ESTERLEY, an individual; RICHARD

20

FAIRCHILD, an individual; ROBERT FELIX,
an individual; JULIE FORTNER, an

21

individual; THOMAS FOWLER, an
individual; JEFFREY FULLER, an individual;

22

DAVID GARELICK, an individual;
REGINALD HAWKINS, an individual;

23

DOUGLAS HEFFERNAN, an individual;
ROBERT HOPPE, an individual; KATHLEEN

24

JANISCH, an individual; SUSAN JOHNSON,
an individual; CHRISTINA LAMB

25

(PAYTON), an individual; THERON LEE, an
individual; GARY LEVINE, an individual;

26

WILLIAM LOWE, an individual; DAN
MANNION, an individual; JASON MARTIN,

27

Case No. 3:13-CV-00563- WHO

*Assigned to Hon. William H. Orrick*

**ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE AND HEARING ON
THEIR MOTION FOR SUMMARY
JUDGMENT ON CLAIMS BY
PLAINTIFF DAVID OVADIA**

Date: April 15, 2014
Time: 2:00 pm
Ctrm: 2, 17th Floor

28

ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE AND HEARING ON THEIR MOTION FOR SUMMARY JUDGMENT ON
CLAIMS BY DAVID OVADIA

**Hunton & Williams LLP**
**575 Market Street, Suite 3700**
**San Francisco, California 94105**

1  an individual; FELIX MONTES, an individual; SAM MORA, an individual; ERIC OFTEDAL, an individual; MARK OSBORN, an

2  individual; DAVID OVADIA, an individual; RYAN PEREZ, an individual; DAVID

3  RAINS, an individual; JAMES RICHMOND, an individual; FLORENCE RODRIGUEZ, an

4  individual; JANET SALEH, an individual; JERMON SCOTT, an individual; ROBERT

5  SEVERNS, an individual; JUSTIN SHORES, an individual; GARRETT SMITH, an

6  individual; JAMES STEAD, an individual; WILLIAM TELLOUS, an individual;

7  MICHELLE TOMPKINS, an individual; GERALD TURNER, an individual; ASTRID

8  UNRINE, an individual; LYNN WOODFORD, an individual,

9
                        Plaintiffs,

10
            v.

11
    ZEP INC., a Delaware corporation; ACUITY

12  SPECIALTY PRODUCTS, INC., a Georgia corporation; and DOES 1 through 100,

13  inclusive,

14
                        Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON THEIR MOTION FOR SUMMARY JUDGMENT ON

28  CLAIMS BY DAVID OVADIA

On April 1, 2014, Defendants Zep Inc. and Acuity Specialty Products, Inc. ("Defendants") filed a motion pursuant to Civil Local Rule 7-11 entitled "Defendants' Administrative Motion To Reschedule Case Management Conference And Hearing on Their Motion For Summary Judgment on Claims by Plaintiff David Ovadia."

Having considered the motion and related papers, the Court reschedules the case management conference and hearing date on Defendants' Motion to April 15, 2014 at 2:00. Parties are hereby ordered to submit their Case Management Statement by April 8, 2014.

Also, as Plaintiff Tellous's Motion and Application to Confirm Arbitration Award is unopposed, the Court hereby takes the April 9, 2014 hearing for this motion off calendar.

Dated: April 4, 2014

Hon. William H. Orrick
United States District Court Judge
United States District Court for the Northern
District of California

1

ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE AND HEARING ON THEIR MOTION FOR SUMMARY JUDGMENT ON
CLAIMS BY DAVID OVADIA

78681.202031 EMF_US 50197677v2