Alejandro P. Gutierrez, SBN 107688
**LAW OFFICES OF HATHAWAY, PERRETT, WEBSTER,
 POWERS, CHRISMAN & GUTIERREZ**
A Professional Corporation
5450 Telegraph Road
Ventura, CA 93006-3577
Telephone: (805) 644-7111
Facsimile: (805) 644-8296
E-mail: agutierrez@hathawaylawfirm.com

Daniel J. Palay, SBN 159348
Michael A. Strauss, SBN 246718
**PALAY LAW FIRM, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Telephone: (805) 641-6600
Facsimile: (805) 641-6607
E-mail: djp@palaylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON AGUILAR, an individual; DAVID ALEMAN, an individual; GEORGE ALTOBELL, an individual; DENNIS ASUNTO, an individual; MAX BALLANTINE, an individual; STERLING CALDER, an individual; BRIAN CALLE, an individual; MARIO CERVANTEZ, an individual; CURTIS CHANCELLOR, an individual; GABRIEL COLLINS, an individual; DELION CUMMINGS, an individual; JERRY DAVIS, an individual; KIRK DICKINSON, an individual; GREGG DOBROW, an individual; BRIAN DRUCKER, an individual; DAVID ELDRIDGE, an individual; ROBERT ESTERLY, an individual; RICHARD FAIRCHILD, an individual; ROBERT FELIX, an individual; JULIE FORTNER, an individual; THOMAS FOWLER, an individual; JEFFREY FULLER, an individual; DAVID GARELICK, an individual; REGINALD HAWKINS, an individual; DOUGLAS HEFFERNAN, an individual; ROBERT HOPPE, an individual; KATHLEEN JANISCH, an individual; SUSAN JOHNSON, an individual; CHRISTINA LAMB (PAYTON), an individual; THERON LEE, an | CASE NO: 3:13-CV-00563-WHO<br><br>Date action filed: 12/24/12<br>Assigned to Hon. William H. Orrick<br><br>**PLAINTIFF ASTRID UNRINE'S MOTION AND APPLICATION TO CONFIRM ARBITRATION AWARD**<br><br>**<u>Hearing</u>**<br>**Date:** **September 24, 2014**<br>**Time:** **2:00 p.m.**<br>**Location:** **Courtroom 2** |

**1**
**PLAINTIFF ASTRID UNRINE'S MOTION AND APPLICATION TO CONFIRM ARBITRATION AWARD**

individual; GARY LEVINE, an individual; )
WILLIAM LOWE, an individual; DAN )
MANNION, an individual; JASON MARTIN, )
an individual; FELIX MONTES, an individual; )
SAM MORA, an individual; ERIC OFTEDAL, )
an individual; MARK OSBORN, an individual; )
DAVID OVADIA, an individual; RYAN )
PEREZ, an individual; DAVID RAINS, an )
individual; JAMES RICHMOND, an individual; )
FLORENCE RODRIGUEZ, an individual; )
JANET SALEH, an individual; JERMON )
SCOTT, an individual; ROBERT SEVERNS, )
an individual; JUSTIN SHORES, an individual; )
GARRETT SMITH, an individual; JAMES )
STEAD, an individual; WILLIAM TELLOUS, )
an individual; MICHELLE TOMPKINS, an )
individual; GERALD TURNER, an individual; )
ASTRID UNRINE, an individual; and LYNN )
WOODFORD, an individual, )
)
               Plaintiffs, )
)
    v. )
)
ZEP INC., a Delaware corporation; ACUITY )
SPECIALTY PRODUCTS, INC., a Georgia )
corporation; and DOES 1 through 100, )
inclusive, )
)
               Defendants. )
)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      COMES NOW, Plaintiff Astrid Unrine (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, and pursuant to 9 U.S.C. §9, hereby applies to this Court for confirmation of the Award of the Arbitrator dated August 8, 2014. Plaintiff shows the court the following

      1. On February 17, 2012, Plaintiff and Defendants entered into a written arbitration agreement. A true and correct copy of this agreement is attached to the Declaration of Daniel J. Palay as Exhibit "A". This arbitration agreement provides in "Section III." that the issues must be submitted to final and binding arbitration before JAMS and relates in that same section that the agreement is subject to the Federal Arbitration Act.

      2.    On or about March 28, Defendants brought a motion to compel arbitration for Mr. Unrine.

**2**
**PLAINTIFF ASTRID UNRINE'S MOTION AND APPLICATION TO CONFIRM ARBITRATION AWARD**

3. On or about May 9, 2013, the Court granted Defendants' motion to compel arbitration of Ms. Unrine' claim. A true and correct copy of this Court order is to the Declaration of Daniel J. Palay as Exhibit "B". The parties then engaged in pre-hearing discovery including the exchange of voluminous records.

4. Pursuant to the Court's order, a list of arbitrators was then provided to the parties by JAMS. The parties were then permitted to strike a particular arbitrator. The arbitrator was then selected by JAMS. A true and correct copy of the document identifying Judge Diane Wayne as the arbitrator and the hearing date is attached to the Declaration of Daniel J. Palay as Exhibit "C".

5. The matter was then submitted for final and binding arbitration before Judge Diane Wayne on July 14, 2014. The arbitrator heard the testimony of witnesses, considered documentary and demonstrative evidence, heard argument of counsel, and considered briefs from the parties following the conclusion of the evidentiary hearing. On August 8, 2014, the arbitrator rendered her final award, including the award of attorney's fees and costs for Plaintiff. A true and correct copy of this award is attached to the Declaration of Daniel J. Palay as Exhibit "D".

6. At this time, and within the time permitted to do so, Plaintiff has brought this Motion to confirm the Award. JAMS Streamlined Arbitration Rules are mandated pursuant to the arbitration agreement entered into between the parties. See section 'C', page 7 of Exhibit "A". Rule 20 of the JAMS Streamlined Rules relates, "The Parties to an Arbitration under these Rules shall be deemed to have consented that judgment upon the Award may be entered in any court having jurisdiction thereof." A true and correct copy of these JAMS Streamlined Rules is attached to the Declaration of Daniel J. Palay as Exhibit "E".

7. No grounds exist to avoid the confirmation of the Award as the final judgment of the Court.

///

///

8. Wherefore, Plaintiff respectfully moves this Court to confirm the Award in the amount of $245,255.92 and make said Award the final judgment of this Court for Ms. Unrine.

Dated: August 15, 2014

PALAY LAW FIRM
A Professional Corporation

By /s/
DANIEL J. PALAY
Attorneys for Plaintiff, Astrid Unrine