UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON AGUILAR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZEP INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00563-WHO<br><br>**ORDER CONFIRMING ARBITRATION AWARD**<br><br>Re: Dkt. No. 218 |

Plaintiff Astrid Unrine has moved to confirm the Award of the Arbitrator dated August 8, 2014. Dkt. No. 218. Defendants have filed statement of non-opposition to the motion to confirm arbitration award. Dkt. No. 225.

Having reviewed the papers submitted, it is ordered by the Court that Astrid Unrine's motion and application to confirm the arbitration award is GRANTED.

IT IS FURTHER ORDERED BY THE COURT THAT the Clerk of the Court shall enter judgment in favor of Astrid Unrine and against ZEP, INC., and ACUITY SPECIALTY PRODUCTS, INC., in the amount of $245,255.92 plus interest until payment of the judgment as set forth in the arbitration order.

**IT IS SO ORDERED**.

Dated: September 15, 2014

WILLIAM H. ORRICK
United States District Judge